DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

ROBERTSON v. SMITH

No. 153 PC.

Case below: 45 N.C. App. 535.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 June 1980.

ROBESON FURNITURE v. McKAY

No. 179 PC.

Case below: 46 N.C. App. 122.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 June 1980.

STATE v. BARKER

No. 118 PC.

Case below: 45 N.C. App. 554.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 June 1980.

STATE v. BERGER

No. 214 PC.

Case below: 46 N.C. App. 348.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 June 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 June 1980.

STATE v. BONDS

No. 78 PC.

Case below: 45 N.C. App. 62.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 June 1980. Appeal dismissed 10 June 1980.